## (November 12, 1975)

■ .THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN B. TUTHILL, Appellant.—Appeal by defendant, as limited by his motion, from a sentence (Indictment Nos. 145/74 and 215/74) of the County Court, Orange County, imposed March 3, 1975, upon his conviction of operating a motor vehicle while under the influence of alcohol, as a felony, upon his plea of guilty, the sentence being one year in the county jail and revocation of his driver's license. Sentence modified, as a matter of discretion in the interest of justice, by reducing the period of incarceration to the time already served; and, as so modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Cohalan, Acting P. J., Margett, Christ, Brennan and Munder, JJ., concur.

## (November 14, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS THOMAS PULIZZI, Appellant.—Appeal from judgment of the County Court, Suffolk County, rendered March 20, 1974, dismissed as academic. That judgment was superseded by the judgment rendered September 12, 1974 upon resentence. Judgment of the County Court, Suffolk County, rendered September 12, 1974, upon resentence, affirmed. No opinion. The case is remitted to the County Court, Suffolk County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Rabin, Acting P. J., Hopkins, Latham, Christ and Brennan, JJ., concur.

## (November 17, 1975)

■ ANITA B. BRADLEY, Appellant-Respondent, v HUGH F. BRADLEY, Respondent-Appellant.—The respective attorneys for the parties on this appeal from an order of the Supreme Court, Nassau County, dated August 1, 1975, have agreed by stipulation dated October 21, 1975, after a conference in this court before Mr. Justice Gittleson, that (1) said order be modified to increase the amount awarded therein for child support from $25 to $30 per week per child for each of the four infant children of the marriage and to increase the amount of temporary alimony awarded therein from $25 to $30 per week, for a total sum of $150 per week, to be paid directly to plaintiff and (2) the case proceed to trial on December 1, 1975 and the defendant's attorney shall, at defendant's expense, file a note of issue therefor. In accordance with the foregoing, the order is modified as provided in said stipulation and the order is affirmed as so modified, without costs, and it is further ordered that the case proceed to trial on December 1, 1975, and that defendant's attorney shall, at defendant's expense, serve and file a note of issue therefor. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.